UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMAAL ALI BILAL,

    Plaintiff,

v.                                   Case No.:   2:16-cv-786-SPC-NPM

BRIAN MASONY, KERI FITZPATRICK and KRISTEN KANNER,

    Defendants.
_____/

## **OPINION AND ORDER**

Before the Court are Plaintiff Jamaal Ali Bilal's Second Motion to Reinstate Case (Doc. 28), Third Motion to Reinstate Case (Doc. 29), and Motion for Relief of Order/Third Motion to Reinstate Case (Doc. 30). Bilal filed this action in October 2016 while civilly committed to the Florida Civil Commitment Center (FCCC). His complaint raised general objections to the way FCCC staff managed the law library and sought nominal damages. The Court dismissed the action for failure to prosecute on November 18, 2016. Bilal appealed. The Eleventh Circuit denied Bilal's request to appeal *in forma pauperis* because the appeal was frivolous, then dismissed the appeal for failure to prosecute on August 15, 2017.

About a year and a half later, Bilal filed his first motion to reinstate this case under Federal Rule of Civil Procedure 60(b). The Court denied it because (1) Bilal provided no reason to justify Rule 60(b) relief, (2) the motion was untimely because Bilal did not file it within a reasonable time, and (3) Bilal lacks standing to proceed on the claim he raised in the complaint. Each of these reasons for denying Rule 60(b) relief remain true. The timing of Bilal's latest motions—more than seven years after dismissal of his appeal—is even more unreasonable. And reopening this case would be futile because Bilal has no standing to pursue the underlying claim.

Accordingly, it is now

**ORDERED:**

Plaintiff Jamal Ali Bilal's motions to reinstate the case (Docs. 28-30) are **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on December 5, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2